IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS J. WINSTON,

    Petitioner,                   No. CIV S-07-2284 JAM DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 20, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed May 20, 2008, are adopted in full;

3  2. Respondent's November 29, 2007 motion to dismiss the petition as barred by
4  the statute of limitations is denied; and

5  3. Respondent is directed to file an answer to petitioner's petition within thirty
6  days.

7  DATED: October 23, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/wins2284.806hc